AO 442 (Rev. 10/28/24) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

BRAD TYRONE SWAIN
*Defendant*

Case No. 3:24-cr-239-HES-MCR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*, BRAD TYRONE SWAIN
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribution of 50 grams plus of pure/actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2
Conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)

Date: 11/20/2024

*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/2024, and the person was arrested on *(date)* 7/21/2025
at *(city and state)* Jacksonville, FL.

Date: 7/21/2025

*Arresting officer's signature*

Ashley Wilson  HSI Special Agent
*Printed name and title*