UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:24-cr-239-HES-MCR

BRAD TYRONE SWAIN

## NOTICE OF RELATED ACTION

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Local Rule 1.07(c) of this Court, of the existence of a similar case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States v. Loni Nicole Dean, et al.*, Case No. 3:23-cr-110-WWB-LLL, which is assigned to United States District Judge Wendy W. Berger.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   /s/ A. Tysen Duva
    A. TYSEN DUVA
    Assistant United States Attorney
    Florida Bar No. 0603511
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: Tysen.Duva@usdoj.gov

U.S. v. BRAD TYRONE SWAIN		Case No. 3:24-cr-239-HES-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Melinda Patterson, Esq.

*/s/ A. Tysen Duva*
A. TYSEN DUVA
Assistant United States Attorney